Michael H. Raichelson SBN 174607
The Law Offices of Michael H. Raichelson
21900 Burbank Blvd., Suite 300
Woodland Hills, CA 91367
Telephone (818) 444-7770
Facsimile (818) 444-7776

Attorney for Plaintiff/Creditor,
YARBROUGH PRODUCTION COMPANY, LLC

**FILED & ENTERED**

JUL 05 2016

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BRET MERRICK SAXON,<br><br>　　　　Debtor.<br><br>_____<br><br>YARBROUGH PRODUCTION COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRET MERRICK SAXON,<br><br>　　　　Defendant.<br>_____ | **Case No.: 2:13-bk-32314-TD**<br><br>**CHAPTER 7**<br><br>**Adversary Case No.: 2:13-ap-02141-SK**<br><br>**ORDER AFTER TRIAL**<br><br>**Courtroom: 1575**<br><br>**Location: 255 E. Temple St., Los Angeles, CA 90012**<br><br>**Judge: The Honorable Sandra R. Klein**<br><br><br><br>**Hearing Date: June 28, 2016**<br><br>**Time: 1:30 p.m.**<br><br>**Trial Dates: June 14, 15, 16 and 22, 2016** |

**[INTENTIONALLY LEFT BLANK]**

ORDER AFTER TRIAL- 1

Following trial in the above referenced matter, a telephonic hearing was held on June 28, 2016 at 1:30 p.m. in Courtroom 1575 of the above-captioned court before the Honorable Sandra R. Klein, Judge presiding. Counsel for Plaintiff, Michael H. Raichelson, was present on the telephone, and counsel for Defendant, Ronald Richards, was also present on the telephone.

Based on the evidence presented at trial, the argument of counsel, and the pleadings filed in support of Plaintiff's case and in opposition to Plaintiff's case, the Court ruled as follows during the above referenced telephone hearing:

**IT IS HEREBY ORDERED AS FOLLOWS:**

For the reasons stated in the Court's rulings and on the record during the above referenced June 28, 2016 telephone hearing, 1) as to Plaintiff's First Cause of Action, Defendant is hereby found liable to Plaintiff for fraud under 11 U.S.C. §523(a)(2); 2) as to Plaintiff's Third Cause of Action, Defendant is hereby found liable to Plaintiff for willful and malicious injury to property under 11 U.S.C. §523(a)(6); 3) Defendant's debt to Plaintiff is hereby found to be non-dischargeable; and 4) Plaintiff's damages total $2,250,000.00. Plaintiff is hereby deemed the prevailing party in this action. Accordingly, consistent with the Court's rulings in this matter, Judgment in favor of Plaintiff, Yarbrough Production Company, LLC and against Defendant, Bret Merrick Saxon, shall be entered in the amount of $2,250,000.00.

Date: July 5, 2016

Sandra R. Klein
United States Bankruptcy Judge

ORDER AFTER TRIAL- 2